Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL  60532-3614
Ph:  (630) 577-1313

In re:
PAUL THOMAS URSO                                    Case No. 11-11102
BARBARA SUSAN URSO


| CHASE HOME FINANCE | PAUL THOMAS URSO |
| DEPT OH4 7142 | BARBARA SUSAN URSO |
| 3415 VISION DR | 221 HONORS DR |
| COLUMBUS, OH  43219 | SHOREWOOD, IL  60404 |

GERACI LAW LLC
55 E MONROE #3400
CHICAGO, IL  60603


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on June 14, 2011.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on June 24, 2011.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL  60532-3614
Ph:  (630) 577-1313